# UNITED STATES DISTRICT COURT
for the
_________ District of _________

_________ Division

FILED
OCT 02 2026
Clerk U.S. District Court
Greensboro, NC

Case No. 1:26CV1162
*(to be filled in by the Clerk's Office)*

VINNY U DESAI
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Jury Trial: *(check one)* ☒ Yes ☐ No

Social Security Administrater Greenboro, N.C
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | VINNY U. DESAI |
| Street Address | 106 HOSKINS CIRCLE |
| City and County | Burlington, Alamance |
| State and Zip Code | North Carolina - 27215 |
| Telephone Number | 336-684-5518 |
| E-mail Address | daksh1959@Aol.Com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1 N/A

| | |
|---|---|
| Name | Two officials - Known as Cousins |
| Job or Title *(if known)* | S.S.A. Official |
| Street Address | 6005 Landmark Center Blvd, |
| City and County | GREENSBORO, Guilford |
| State and Zip Code | North Carolina - 27407 |
| Telephone Number | 1-800-772-1213 |
| E-mail Address *(if known)* | x |

Defendant No. 2 N/A

| | |
|---|---|
| Name | White BMW- Contractor- Known by S.S.A officials<br>Name unknown |
| Job or Title *(if known)* | IT-video Tapping-Audio Recording |
| Street Address | 6005 Landmark Center Blvd. |
| City and County | GREENSBORO, Guilford County |
| State and Zip Code | North Carolina - 27407 |
| Telephone Number | 1-800-772-1213 |
| E-mail Address *(if known)* | x |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Desai
10-2-2026

is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

N/A ☒ Federal question ✓ ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A. If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

——— X ———

**B. If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* VINNY U. DESAI, is a citizen of the State of *(name)* NORTH CAROLINA.

b. If the plaintiff is a corporation

The plaintiff, *(name)* ——— X ———, is incorporated under the laws of the State of *(name)* ________________, and has its principal place of business in the State of *(name)* ——— X ———.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* Two Officials known as ↗ Cousins, is a citizen of the State of *(name)* North Carolina, N.C. Or is a citizen of *(foreign nation)* ——— X ———.



Desai
10-22-2026

b. If the defendant is a corporation

The defendant, *(name)* ______________________, is incorporated under the laws of the State of *(name)* ______________________, and has its principal place of business in the State of *(name)* ______________________. Or is incorporated under the laws of *(foreign nation)* ______________________, and has its principal place of business in *(name)* ______________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

[illegible]

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Social Security officials Send People in my Neighbours house on contract for their work. They use See through Wall Camera, See through roof Drone camera. They Hacking all Phones and in house Digital divices. They Listen all Phones and in house conversations. Video Recoarding, Photoes and Screenshots. Video Streming to Greensboro. and Dark web. Pease check Attached papers

## IV. Relief $ 50M

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Desai
10-2-2026

his 2 officers sent 2 people on contract to do all recording to take screenshots and photos..!! they were working 24 hours..!!
social security administration officers knows what they are doing is illegal and against law but still they sent them to a neighbor house..!!
this 2 people does everything illegal and unlawful..!!
here just for reference i am writing to you how this 2 people doing illegal activities..!! this what they are doing in the neighbor house..!!

Hacking Phones & Devices:
❌ Illegal
Wiretapping, hacking digital devices, or intercepting private communications without a federal warrant is a major felony.

❌ Illegal
The U.S. Supreme Court (Kyllo v. United States) ruled that using thermal imaging or advanced technology to see inside a home without a warrant violates the 4th Amendment.
Drone Spying from Neighbors house:
❌ Illegal
Flying drones into private airspace to peer into windows or using a neighbor's property to illegally spy violates strict privacy and trespassing laws.
❌ Illegal

- HighTech Trespassing: Using specialized technology like see-through-wall cameras or flying drones into your private airspace violates federal and state wiretapping, privacy, and stalkir laws.

III. Statement of claim

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9-17-2026

Signature of Plaintiff: Desai

Printed Name of Plaintiff: VINNY U DESAI

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Desai
10-2-2026



Print Save As... Add Attachment Reset